IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PETER HAAS,** : | |
|       **Plaintiff,** : | |
| : | |
| v. : | Civ. No. 14-309 |
| : | |
| **CAROLYN W. COLVIN,** : | |
|       **Defendant.** : | |
| : | |

**O R D E R**

**AND NOW**, this 17th day of February, 2016, upon consideration of Plaintiff's Complaint (Doc. No. 3), Defendant's Answer (Doc. No. 7), the Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 12), and the Magistrate Judge's Report and Recommendation (Doc. No. 21), to which no objections have been made, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 21) is **APPROVED** and **ADOPTED.**

2. The relief sought by Plaintiff is **GRANTED in part**.

3. The case is **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g), and in accordance with the Report and Recommendation;

4. In all other respects, Plaintiff's request for relief is **DENIED**; and

5. The Clerk shall **CLOSE** this case.

                                                        **AND IT IS SO ORDERED.**

                                                  */s/ Paul S. Diamond*

                                                  _____
                                                  Paul S. Diamond, J.